1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA12-482M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Lopez, Luis Alfredo | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SD CA__,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown due to failure to interview; bail resources unknown; conduct in not complying w/supervision conditions; ongoing alcohol abuse problem__

|     |     |                                                                                                                                                                                                                                                                                          |
| --- | --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|  1  |     |                                                                                                                                                                                                                                                                                          |
|  2  |     |                                                                                                                                                                                                                                                                                          |
|  3  |     | and/or                                                                                                                                                                                                                                                                                   |
|  4  | B.  | [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Commission of new crimes while under supervision, crim history record, incl prior probation violations_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 10/5/12

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE